SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson

    Plaintiff,

vs.

Jackson Purayampallil, et al,

    Defendants

Case No.: CIV.S 09-cv-03614-MCE-GGH

**PLAINTIFF'S REQUEST FOR DISMISSAL OF JJ MOTELS;  ORDER**

**CASE TO REMAIN OPEN AS TO REMAINING DEFENDANTS**

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (JJ Motels) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open as to the remaining Defendants.  Defendant (JJ Motels) is dismissed because this Defendant is not a proper party to this action.

Dated: August 12, 2010

/s/Scott N. Johnson
SCOTT N. JOHNSON
Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated: August 18, 2010

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com