SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>  Plaintiff,<br><br>  vs.<br><br>Jackson Purayampallil, et al,<br><br>  Defendants | Case No. **2:09-cv-03614-MCE-GGH**<br><br>**ORDER RE: STIPULATION TO SET ASIDE DEFAULT** |

In accordance with the parties' stipulation, Plaintiff's Entry of Default against Defendants, Jackson Purayampallil and Johnson Purayampallil, is hereby set aside. Said Defendants are accordingly directed to answer or otherwise respond to Plaintiff's Complaint not later than twenty (20) days after the date of this Order.

Dated:  May 13, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE STIPULATION TO SET ASIDE DEFAULT

CIV: S-09-cv-03614-MCE-GGH- 1