IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,                     No. CIV S-09-3614 MCE GGH

  vs.

JACKSON PURAYAMPALLIL, et al.,

        Defendants.               ORDER

_____/

       Plaintiff's motion for default judgment against defendants Jackson and Johnson Purayampallil presently is calendared for hearing on November 17, 2011. The record indicates that entry of default was set aside on May 16, 2011. (Dkt. no. 19.) On September 21, 2011, plaintiff was directed to "proceed with obtaining an entry of default." (Dkt. no. 20). Plaintiff has not obtained an entry of default, and there exists a required two step process to obtain a default judgment. See Winters v. Jordan, 2011 WL 2470683 *3 (E.D. Cal. 2011).

\\\\

\\\\

\\\\

\\\\

\\\\

Accordingly, IT IS ORDERED that:

1. Plaintiff's motion for default judgment, filed October 12, 2011, is denied without prejudice to its renewal after plaintiff obtains entry of default; and

2. The November 17, 2011 hearing on the motion is vacated.

DATED: November 14, 2011

                                     /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

GGH:076:Johnson3614.vac.wpd